**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELK BIOLOGY CO., LTD., | Case No.: 2:24-cv-01613-APG-NJK |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| HAKUMO LLC, | |
| Defendant | |

In light of plaintiff Welk Biology Co., Ltd.'s response to the order to show cause (ECF No. 9),

I ORDER that the order to show cause (ECF No. 6) is satisfied, and I will not dismiss this case for lack of subject matter jurisdiction at this time.

DATED this 20th day of September, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE