1  Michael J. Gayan, Esq. SBN 11135
   m.gayan@kempjones.com
2  Joseph D. Laurita, Esq. SBN 16267
   j.laurita@kempjones.com
3  **KEMP JONES, LLP**
4  3800 Howard Hughes Parkway, 17th Floor
   Las Vegas, NV  89169
5  T: (702) 385-6000 / F: (702) 385-6001

6  David J. Tsai, *admitted pro hac vice*
   david.tsai@pillsburylaw.com
7  John Steger, *admitted pro hac vice*
   john.steger@pillsburylaw.com
8  **PILLSBURY WINTHROP SHAW PITTMAN LLP**
9  Four Embarcadero Center, 22nd Floor
   San Francisco, CA  94111-5998
10 T: (415) 983-1000 / F: (415) 983-1200

11 *Attorneys for Plaintiff and Counter-Defendants*
12

13                    **UNITED STATES DISTRICT COURT**
14                         **DISTRICT OF NEVADA**

| | |
|---|---|
| 15  WELK BIOLOGY CO., LTD., | **CASE NO. 2:24-CV-01613-APG-NJK** |
| 16              Plaintiff, | |
| 17       vs. | **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO COUNTERCLAIMS** |
| 18  HAKUMO LLC, | |
|                 Defendant. | **(FIRST REQUEST)** |
| 19 | |
| 20  HAKUMO LLC, | |
| 21              Counterclaimant, | |
|          vs. | |
| 22 | |
| 23  WELK BIOLOGY CO., LTD.; JWAY FOODS LLC; YUNG-HSIANG "JERRY" LIN; CHIEN-TSE "JACK" CHENG; and JENNIFER HUANG, | |
| 24 | |
|                 Counter-Defendants. | |
| 25 | |

26  / / /
27  / / /
28  / / /

4895-5452-1840

Plaintiff and Counter-Defendant Welk Biology Co., Ltd. ("Welk"), Counter-Defendants JWAY Foods LLC, Yung-Hsiang "Jerry" Lin, Chien-Tse "Jack" Cheng, and Jennifer Huang, and Defendant and Counterclaimant Hakumo LLC ("Hakumo") (collectively, the "Parties") by and through their respective counsel, hereby agree and stipulate to extend the deadline for Welk and the other Counter-Defendants to respond to Hakumo's Counterclaims to December 16, 2024.

The Counter-Defendants hereby stipulate and agree to waive formal service of process and have accepted service of Hakumo's Counterclaims through the counsel for Counter-Defendants. Neither the waiver of formal service of process nor this stipulation waive Counter-Defendants' potential challenges to jurisdiction, venue, or other defenses to Hakumo's claims. Counter-Defendants reserve all rights in this regard.

The Parties have agreed to submit this dispute to early mediation, thus the Parties have agreed to stipulate to this extension to avoid unnecessary costs; provided that the Parties are able to agree on a mediator and schedule mediation prior to December 16, 2024. Additionally, Counter-defendant Welk has agreed to work with Hakumo and to contact Amazon to allow Hakumo to sell through the inventory of products supplied by Welk though Hakumo's storefront on Amazon.com.

No previous extensions have been requested by the Parties, and the Parties assert that good cause exists for the extension and that the extension is not sought for purposes of delay.

/ / /

/ / /

/ / /

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 16, 2024