Michael J. Gayan, Esq. (#11135)
  m.gayan@kempjones.com
Laura E. Rios, Esq. (#15990)
  l.rios@kempjones.com
**KEMP JONES, LLP**
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
T: (702) 385-6000 / F: (702) 385-6001

David J. Tsai (PHV)
  david.tsai@pillsburylaw.com
John Steger (PHV)
  john.steger@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
T: (415) 983-1000 / F: (415) 983-1200

Attorneys for Plaintiff and Counter-Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELK BIOLOGY CO., LTD.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HAKUMO LLC,<br><br>　　　　Defendant.<br><br>HAKUMO LLC,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>WELK BIOLOGY CO., LTD.; JWAY FOODS LLC; YUNG-HSIANG "JERRY" LIN; CHIEN-TSE "JACK" CHENG; and JENNIFER HUANG,<br>　　　　Counter-Defendants. | **CASE NO. 2:24-CV-01613-APG-NJK**<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT AND COUNTERCLAIMANT HAKUMO LLC TO RESPOND TO COUNTER-DEFENDANTS' MOTIONS TO DISMISS**<br><br>**(FIRST REQUEST)** |

　　　　Welk Biology Co., Ltd., JWAY FOODS LLC, Yung-Hsiang "Jerry" Lin, Chein-Tse "Jack" Cheng, and Jennifer Huang ("Counter-defendants") and Defendant and Counterclaimant Hakumo LLC ("Hakumo") (collectively, the "Parties") by and through their respective counsel, hereby agree

4937-4120-4743

1  and stipulate to extend the deadline for Hakumo to respond to the Counter-defendants' motions to
2  dismiss to January 20, 2025. In turn, Counter-defendants' reply briefs will be due on February 3,
3  2025.
4        This stipulation is entered into due to the Christmas, New Years, and Chinese New Years
5  holidays. No previous extensions have been requested by the Parties with respect to the response
6  date for these motions to dismiss, and the Parties assert that good cause exists for the extension and
7  that the extension is not sought for purposes of delay.

8  Dated: December 17, 2024.    Respectfully submitted,

9        **PILLSBURY WINTHROP SHAW PITTMAN LLP**

10       By: /s/ David J. Tsai
11           David J. Tsai (*pro hac vice*)

12       Attorneys for Plaintiff and Counter-Defendants
      WELK BIOLOGY CO., LTD.
13       JWAY FOODS LLC, Yung-Hsiang "Jerry" Lin,
      Chien-Tse "Jack" Cheng and Jennifer Huang
14

15 Dated: December 17, 2024.   **McDONALD CARANO LLP**

16       By: /s/ Kristen T. Gallagher
          Kristen T. Gallagher (NSBN 9561)
17           Adrienne Brantley-Lomeli (NSBN 14486)
          2300 West Sahara Avenue, Suite 1200
18           Las Vegas, NV 89102
          kgallagher@mcdonaldcarano.com
19           abrantley@mcdonaldcarano.com

20       Troy J. Hutchinson (PHV)
      ROCKHUTCHINSON
21       120 South Sixth Street, Suite 2480
      Minneapolis, MN 55402
22       thutchinson@rockhutchinson.com

23       Attorneys for Defendant and Counterclaimant
24       HAKUMO LLC

25       IT IS SO ORDERED:
26
27       CHIEF UNITED STATES DISTRICT JUDGE
28       DATED: December 18, 2024

4937-4120-4743