UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELK BIOLOGY CO., LTD.,<br>　　　Plaintiff,<br>v.<br>HAKUMO LLC, *et al.*,<br>　　　Defendants. | Case No. 2:24-cv-01613-APG-NJK<br><br>**Order**<br><br>[Docket No. 51] |

Pending before the Court is the parties' proposed joint discovery plan, Docket No. 51, which is **GRANTED** in part and **DENIED** in part. Deadlines are hereby **SET** as follows:

- Initial disclosures: February 14, 2025
- Amend pleadings/add parties: March 18, 2025
- Initial experts: April 17, 2025
- Rebuttal experts: May 19, 2025
- Discovery cutoff: June 16, 2025
- Dispositive motions: July 16, 2025
- Joint proposed pretrial order: August 15, 2025, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: February 5, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge