P. STERLING KERR, ESQ.
Nevada Bar No. 3978
TAYLOR SIMPSON, ESQ.
Nevada Bar No. 13956
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451-2055
Facsimile No. (702) 451-2077
Email: sterling@kerrsimpsonlaw.com
Email: taylor@kerrsimpsonlaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELK BIOLOGY CO., LTD., | Case No.: 2:24-CV-01613-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO SUBSTITUTE** |
| HAKUMO LLC, | **COUNSEL OF RECORD** |
| Defendant. | |

Plaintiff WELK BIOLOGY CO., LTD., Third-Party Defendant JWAY FOODS, LLC, Third-Party Defendant YUNG-HSIANG ("Jerry") LIN, Third-Party Defendant CHIEN-TSE ("Jack") CHENG, and Third-Party Defendant JENNIFER HUANG hereby substitute KERR SIMPSON ATTORNEYS AT LAW, 2900 W. Horizon Ridge Parkway, Suite 200, Henderson, NV 89052, (702) 451-2055, as counsel of record in place and instead of: KEMP JONES LLP and PILLSBURY WINTHROP SHAW PITTMAN LLP.

**PREVIOUS COUNSEL:**

DATED: 1/23/25

KEMP JONES LLP
/s/ Michael Gayan, Esq.

|   |   |
|---|---|
|   | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| DATED: 1/23/25 | /s/ David J. Tsai, Esq. |

**STIPULATED NEW COUNSEL:**

I consent to the above substitution.

DATED: 1/23/25

|   |   |
|---|---|
|   | KERR SIMPSON ATTORNEYS AT LAW |
|   | /s/ Taylor Simpson, Esq. |
|   | P. STERLING KERR |

I am duly admitted to practice in this District. Above substitution accepted

DATED: 1/23/25

|   |   |
|---|---|
|   | KERR SIMPSON ATTORNEYS AT LAW |
|   | /s/ Taylor Simpson, Esq. |
|   | P. STERLING KERR |

**CLIENT CONSENT:**

JWAY FOODS, LLC,

By: *Yung Hsiang Lin*   DATED: 2025/1/22

Its: _____

*Yung Hsiang Lin*   DATED: 2025/1/22

YUNG-HSIANG ("Jerry") LIN

*[signature]*   DATED: 2025/1/22

CHIEN-TSE ("Jack") CHENG,

*Jennifer Huang [signature]*   DATED: 2025/1/22

JENNIFER HUANG

Please check one: _X_ RETAINED, or ____ APPOINTED BY THE COURT

KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200, Henderson, Nevada 89052
Telephone: (702) 451-2055 Facsimile: (702) 451-2077

WELK BIOLOGY CO., LTD.,

By: *Yung Hsiang Lin*   DATED: 2025/1/23

Its: _____

Please check one: _X_ RETAINED, or _____ APPOINTED BY THE COURT

IT IS SO ORDERED.

DATED: February 6, 2025

_____
Nancy J. Koppe
United States Magistrate Judge