1  Kristen T. Gallagher (NSBN 9561)
   Adrienne Brantley-Lomeli (NSBN 14486)
2  McDONALD CARANO LLP
   2300 West Sahara Avenue, Suite 1200
3  Las Vegas, Nevada 89102
   Telephone: (702) 873-4100
4  kgallagher@mcdonaldcarano.com
   abrantley@mcdonaldcarano.com
5
   Troy J. Hutchinson (admitted *pro hac vice*)
6  ROCK HUTCHINSON PLLP
   120 South Sixth Street, Suite 2480
7  Minneapolis, MN  55402
   Telephone: (612)743-3164
8  thutchinson@rockhutchinson.com

9  *Attorneys for Hakumo LLC*

10             **UNITED STATES DISTRICT COURT**

11                **DISTRICT OF NEVADA**

12  WELK BIOLOGY CO., LTD.,                    Case No. 2:24-cv-01613-APG-NJK

13             Plaintiff,

14  vs.

15  HAKUMO LLC,                                **STIPULATION AND ORDER FOR
                                               HAKUMO LLC TO FILE ANSWER,**
16             Defendant.                      **AMENDED AFFIRMATIVE DEFENSES
                                               AND FIRST AMENDED
17  HAKUMO LLC,                                COUNTERCLAIM**

18             Counterclaimant,

19  vs.

20  WELK BIOLOGY CO., LTD.; JWAY FOODS
    LLC;  YUNG-HSIANG  "JERRY"  LIN;
21  CHIEN-TSE  "JACK"  CHENG;  and
    JENNIFER HUANG,
22
               Counter-defendants.
23

24        Defendant/Counterclaimant, Hakumo LLC ("Hakumo") and Plaintiff/Counter-defendant

25  Welk Biology Co., Ltd. ("Welk") and Counter-defendants JWAY Foods LLC ("Jway Foods"),

26  Yung-Hsiang "Jerry" Lin ("Lin"); Chien-Tse "Jack" Cheng ("Cheng"); and Jennifer Huang

27  ("Huang"), through their undersigned counsel of record, hereby stipulate and agree as follows:

28

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1.      On September 25, 2024, Hakumo filed its Answer, Affirmative Defenses and First Amended Counterclaim (ECF No. 20).

2.      On December 16, 2024, Plaintiff and Counter-Defendants filed four Motions to Dismiss (ECF Nos. 34, 35, 36, and 37). The briefing for these Motions to Dismiss has been completed and the parties are awaiting the Court's disposition.

3.      Under the February 5, 2025, discovery plan and scheduling Order (ECF No. 52), the deadline to amend pleadings and add parties is March 18, 2025.

4.      Under Federal Rule of Civil Procedure 15(a)(2), Plaintiff Welk and Counter-defendants Jway Foods, Lin, Cheng and Huang consent to Hakumo amending its affirmative defenses and filing its Answer, Amended Affirmative Defenses and Counterclaim, a copy of which is attached hereto as **Exhibit A**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

5.    The parties further agree that the amendments to the Answer, Amended Affirmative Defenses and Counterclaim do not affect the Counterclaim and as such should not affect the currently pending Motions to Dismiss.

DATED this 12th day of March, 2025.

McDONALD CARANO LLP

By: */s/ Kristen T. Gallagher*
    Kristen T. Gallagher (NSBN 9561)
    Adrienne Brantley-Lomeli (NSBN 14486)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    Telephone: (702) 873-4100
    kgallagher@mcdonaldcarano.com
    abrantley@mcdonaldcarano.com

Troy J. Hutchinson
ROCK HUTCHINSON PLLP
120 South Sixth Street, Suite 2480
Minneapolis, MN 55402
Telephone: (612)743-3164
thutchinson@rockhutchinson.com
(admitted *pro hac vice*)

*Attorneys for Hakumo LLC*

KERR SIMPSON ATTORNEYS AT LAW

By: */s/ Taylor Simpson*
    P. Sterling Kerr (NSBN 3978)
    Taylor Simpson (NSBN 13956)
    2900 W. Horizon Ridge Parkway, Suite 200
    Henderson, Nevada 89052
    Telephone (702) 451-2055
    sterling@kerrsimpsonlaw.com
    taylor@kerrsimpsonlaw.com

*Attorneys for Plaintiff & Counterdefendants*

Defendant/Counterclaimant must promptly file its amendments to the Answer, Amended Affirmative Defenses and Counterclaim.

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: March 13, 2025

3

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966