1  Kristen T. Gallagher (NSBN 9561)
   Adrienne Brantley-Lomeli (NSBN 14486)
2  McDONALD CARANO LLP
   2300 West Sahara Avenue, Suite 1200
3  Las Vegas, Nevada 89102
   Telephone: (702) 873-4100
4  kgallagher@mcdonaldcarano.com
   abrantley@mcdonaldcarano.com
5
   Troy J. Hutchinson (admitted *pro hac vice*)
6  ROCKHUTCHINSON
   120 South Sixth Street, Suite 2480
7  Minneapolis, MN 55402
   Telephone: (612)743-3164
8  thutchinson@rockhutchinson.com

9  *Attorneys for Hakumo LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELK BIOLOGY CO., LTD.,<br><br>    Plaintiff,<br><br>vs.<br><br>HAKUMO LLC,<br><br>    Defendant.<br>_____<br>HAKUMO LLC,<br><br>    Counterclaimant,<br><br>vs.<br><br>WELK BIOLOGY CO., LTD.; JWAY FOODS LLC; YUNG-HSIANG "JERRY" LIN; CHIEN-TSE "JACK" CHENG; and JENNIFER HUANG,<br><br>    Counter-defendants. | Case No. 2:24-cv-01613-APG-NJK<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that Adrienne Brantley-Lomeli is no longer associated with the law firm of McDonald Carano LLP. Adrienne Brantley-Lomeli's name may be removed from the service list. Kristen T. Gallagher of the law firm of McDonald Carano will continue to represent

1  Hakumo LLC, as well as Troy J. Hutchison with law firm of RockHutchison.  Please amend your
2  Certificates of Service accordingly.
3        Dated this 27th of June, 2025.

                                McDONALD CARANO LLP

                                By:   /s/ Kristen T. Gallagher
                                        Kristen T. Gallagher (NSBN 9561)
                                        2300 West Sahara Avenue, Suite 1200
                                        Las Vegas, Nevada 89102
                                        kgallagher@mcdonaldcarano.com

                                        Troy J. Hutchinson (admitted *pro hac vice*)
                                        ROCKHUTCHINSON
                                        120 South Sixth Street, Suite 2480
                                        Minneapolis, MN  55402
                                        thutchinson@rockhutchinson.com

                                        *Attorneys for Hakumo LLC*

IT IS SO ORDERED.
Dated: June 30, 2025

Nancy J. Koppe
United States Magistrate Judge

2